UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-0798 (PLF) |
| | ) | |
| ALL ASSETS HELD AT BANK JULIUS | ) | |
| Baer & Company, Ltd., Guernsey | ) | |
| Branch, account number 121128, in the | ) | |
| Name of Pavlo Lazarenko et al., | ) | |
| | ) | |
| Defendants In Rem. | ) | |
| | ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that plaintiff United States' Motion [Dkt. No. 1275] to Strike

Claimant Pavel Lazarenko's Claim to Assets Held in Liechtenstein is GRANTED; and it is

FURTHER ORDERED that claimant Pavel Lazarenko's Cross-Motion [Dkt.

No. 1319] for Leave to Amend his Claim is DENIED.

SO ORDERED.

 /s/ 
PAUL L. FRIEDMAN
United States District Judge

DATE:  December 23, 2020